UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, *et al.*,<br>　　　Plaintiff,<br>vs.<br><br>DYNAMIC CONCRETE, INC.,<br>an Illinois corporation, DEAN'S DYNAMIC CONCRETE, INC., an Illinois corporation, and DEAN NODLAND, individually,<br>　　　Defendant. | Case No. 18-CV-4854 |

**MEMORANDUM OF JUDGMENT**

On November 8, 2018, this court entered judgment in favor of the plaintiff Central Laborers Pension Fund and against defendant Dean Nodland whose address is 1685 N. 2501 Road, Ottawa, IL 61350.

The outstanding amount of the judgment is $ 25,821.41.

ENTERED:

Dated: 3/24/21

_[signature]_
_____
MANISH S. SHAH
U.S. District Court Judge